UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

LAXMINARAYAN LODGING, LLL, d/b/a
QUALITY INN,

                          Plaintiff,

       -against-

FIRST SPECIALTY INSURANCE
CORPORATION,

                        Defendant.

------------------------------------------------------------- x

**ORDER**

21 Civ. 7506 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        In view of my Order of May 11, 2023 granting Summary Judgment in favor of Plaintiff (ECF No. 82), the dispute in this case has been resolved. However, during a case management conference on June 2, 2023, First Reliance, claiming that five insurers participated in the primary layer of coverage for Plaintiff, sought to add them as parties. I held that the request came too late, after Plaintiff's judicial claim had been resolved. Furthermore, Plaintiff can have full relief against First Reliance because Plaintiff's claimed loss is below the coverage limit of the policy. The Clerk of Court shall mark this case closed.

SO ORDERED.

Dated:    June 6, 2023
             New York, New York

                                             ALVIN K. HELLERSTEIN
                                             United States District Judge